UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BP WEST COAST PRODUCTS, LLC,

          Plaintiff,

   v.

HATEM SHALABI, an individual; et al.,

          Defendant.

CASE NO. C11-1341MJP

ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER

This matter comes before the Court on Plaintiff BP West Coast Products, LLC's ("BP"), motion for a temporary restraining order (Dkt. 5).

On August 12, 2011, BP filed a complaint against Defendants alleging breach of contract, federal trademark infringement, common law trademark infringement, unfair competition, trademark dilution, and violation of the Washington Consumer Protection Act. Dkt. 1. BP also filed a motion for temporary restraining order. Dkt. 2. BP's attorney, K. Michael Fandel, declares that he has communicated the filing of the instant action and motion for a temporary restraining order to the attorney representing Defendants in a separate action. Dkt. 5, Declaration of K. Michael Fandel, ¶ 2. Mr. Fandel argues that the Court should not require additional notice because Defendants are presently causing damage and irreparable harm. *Id*. ¶ 3.

ORDER - 1

A court may only issue a temporary restraining order without notice to the other party based on certain facts and clear showings. Fed. R. Civ. P. 65(b)(1). In this case, BP has failed to meet its burden for the issuance of extraordinary relief without notice and/or an opportunity to be heard by the adverse party.

Therefore, it is hereby **ORDERED** that BP's motion for a temporary restraining to be issued without notice is **DENIED** and the Court will note the motion for further consideration on August 22, 2011. The Court directs BP to make all reasonable efforts to give Defendants notice of this action, the motion for temporary restraining order, this order, and the noting date for the motion.

DATED this 12th day of August, 2011.

BENJAMIN H. SETTLE
United States District Judge